**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 4:20-CR-124 |
| | ) | |
| v. | ) | |
| | ) | |
| **JOSEPH BULLOCH, ET AL.** | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

a) June 13, 2022 – June 17, 2022, for the purpose of official travel;

b) December 26, 2022 – December 30, 2022, for personal leave.

**IT IS FURTHER ORDERED** that should a hearing be set during those dates; a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 9th day of May, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA