IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

JOSEPH BULLOCH,

    Defendant.

CASE NO.: 4:20-cr-124-1

**O R D E R**

    Defendant Joseph Bulloch has filed a Motion requesting that the Court reconsider his sentence. (Doc. 1379.) Bulloch has failed to present any authority which would empower the Court to revisit his sentence. Moreover, even if the Court were authorized to reconsider Bulloch's sentence, the Court finds no reason to disturb the sentence. The sentence Bulloch received was warranted by the totality of the circumstances and the factors set forth at 18 U.S.C. § 3553(a). In sum, the sentence was sufficient but not greater than necessary to achieve the statutory purposes of sentencing. Thus, the Court **DENIES** Bulloch's Motion, (doc. 1379).

    **SO ORDERED**, this 25th day of October, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA