IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-124-1 |
| JOSEPH BULLOCH, | |
| Defendant. | |

**O R D E R**

Defendant Joseph Bulloch has filed a motion requesting relief from judgment or in the alternative to vacate his sentence. (Doc. 1415.) "The authority of a district court to modify an imprisonment sentence is narrowly limited by statute." United States v. Phillips, 597 F.3d 1190, 1194–95 (11th Cir. 2010); see also, 18 U.S.C. § 3582(c) ("The court may not modify a term of imprisonment once it has been imposed except" under limited enumerated reasons). Defendant has not cited Section 3582(c) in his motion, much less made any of the showing required by that statute.

The Court could construe Defendant's motion as a request to set aside his conviction and sentence pursuant to 28 U.S.C. § 2255. However, before the Court can do so, it must provide the warning required by Castro v. United States, 540 U.S. 375, 383 (2003) ("the district court must notify the pro se litigant that it intends to recharacterize the pleading [as a § 2255 motion], warn the litigant that this recharacterization means that any subsequent § 2255 motion will be subject to the restrictions on 'second or successive' motions, and provide the litigant an opportunity to withdraw the motion or to amend it so that it contains all the § 2255 claims he believes he has."). Pursuant to Castro, the Court warns Defendant that it will recharacterize his motion as a Section

2255 motion. If he chooses to proceed with these pleading as a Section 2255 motion, Defendant will lose his ability to file any successive petition on this same matter without first seeking permission to do so from the Eleventh Circuit.

Defendant thus has three choices: (1) have his motion ruled upon as filed, but as a Section 2255 motion; (2) amend this motion to include any other claims he may have and have that amended motion rule on as a Section 2255 motion; or (3) withdraw the motion entirely. He has thirty days to decide what to do. If he does not thereafter affirm, supplement, or replace this motion or notify this Court of his intent to withdraw this motion, the Court will proceed to rule on it as a Section 2255 motion. Accordingly, the Court **DIRECTS** Defendant to make his Castro election within thirty days of the date of this Order. The Clerk is **DIRECTED** to furnish Defendant with a Section 2255 motion form, should he wish to amend his motion, as well as a copy of his motion, (doc. 35).

**SO ORDERED**, this 22nd day of August, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA